UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                    Case No. 18-cr-20088
                                          Hon. Matthew F. Leitman

v.

MARVIN SAVAGE,

      Defendant.
_____/

## ORDER GRANTING EMERGENCY MOTION TO PERMIT DEFENDANT ADDITIONAL TIME TO REPORT TO THE BUREAU OF PRISONS (ECF #19)

**IT IS HEREBY ORDERED** that Marvin Savage's emergency motion to extend reporting date is **GRANTED**. Defendant Marvin Savage shall report to the Bureau of Prisons ("BOP") to serve his sentence on or before October 2, 2018.

**IT IS SO ORDERED.**

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: September 7, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 7, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764
