MIE 1A  
Revised 08\18

Order of the Court to Continue Supervision

**UNITED STATES DISTRICT COURT**
**for the**
**Eastern District of Michigan**

UNITED STATES OF AMERICA

    v.

SAVAGE II, Marvin C.                     Crim. No.:  18-CR-20088-01

On October 8, 2020, the Court authorized the issuance of a supervised release summons based upon a violation petition citing violations of supervision. The issues of the violations were heard in Court on August 18, 2021, and the Court made the following findings:

 X   Guilty of violating conditions of supervision. The following special conditions of supervision are added.

The current term of supervised release shall be continued and extended by one year with a new termination date of September 26, 2022.

**ADD Special Condition:** "THE OFFENDER SHALL BE PLACED AT A DESIGNATED RESIDENTIAL RE-ENTRY CENTER (RRC) FOR UP TO 90 DAYS. WHILE AT THE RRC, THE OFFENDER SHALL FOLLOW ALL OF THE RULES AND REQUIREMENTS OF THE CENTER. THE OFFENDER SHALL BE ALLOWED TO WORK AND EARN SOCIAL TIME, IF IN COMPLIANCE WITH ALL FACILITY CRITERIA AND PROBATIONARY STANDARDS. ALL COSTS ASSOCIATED WITH THE RRC PLACEMENT ARE WAIVED."

                                    Respectfully submitted,

                                    s/Warren L. Henson
                                    Senior United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 27th Day of August, 2021.

                                    s/Matthew F. Leitman
                                    Honorable Matthew F. Leitman
                                    United States District Judge